**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

ROBERT M. LEE
#3730-11                                                                                                    PLAINTIFF

v.                               CASE NO. 4:11-cv-00343-JMM

DOC HOLLADAY, Sheriff,
Pulaski County; *et al.*                                                                              DEFENDANTS

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment and the accompanying Order would not be taken in good faith.

DATED this  28  day of April, 2011.

_____
JAMES M. MOODY
UNITED STATES DISTRICT JUDGE